

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Liberty County Mutual        * Original Mandamus Proceeding
Insurance Company,

No. 11-25-00257-CV        * November 14, 2025

       * Opinion by Williams, J.
         (Panel consists of: Bailey, C.J.,
         Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be conditionally granted. We direct the trial court to vacate its August 19, 2025 order denying Liberty County Mutual Insurance Company's motion to abate and to enter an order granting the motion. A writ of mandamus will issue only if the trial court fails to act by November 28, 2025.